**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

AERO LIQUIDATION, INC., A NEVADA CORPORATION; AND JAMES GIM, AN INDIVIDUAL,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE,

Respondents,

and

CLOUD INVESTMENT PARTNERS, LLLP,

Real Party in Interest.

No. 68270

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original writ petition challenges a district court temporary restraining order in a contract action. Petitioners bear the burden of demonstrating that extraordinary writ relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). In this case, petitioners have not supported the petition as required by NRAP 21(a)(4), which requires petitioners to provide to this court the parts of the record before respondent district court judge and any other documents that are essential for this court to understand the issues and relief sought in their writ petition. Petitioners' appendix contains only the temporary restraining order. Without essential documents, including the pleadings, the motion papers, and any exhibits considered by the district court, we have no way of evaluating petitioners' arguments that the district court abused its discretion in entering the temporary restraining

15-22341

order. *See Pan*, 120 Nev. at 229, 88 P.3d at 844 ("If essential information is left out of the petition and accompanying documentation, we have no way of properly evaluating the petition."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Michael Villani, District Judge
James W. Kwon
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk